**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

March 27, 2024

VIA ECF
Hon. Denise L. Cote
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: *Oviasuyi v. Garland, et al.*, No. 24-cv-0002 (DLC)

Dear Judge Cote:

This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate a Petition for Amerasian, Widow(er) or Special Immigrant (Form I-360) and an Application to Register Permanent Residence or Adjust Status (Form I-485). On behalf of the government, I write respectfully to request an adjournment of the initial pre-trial conference scheduled for May 23, 2024, at 3:00 p.m., due to a pre-existing conflict.

I will be away from the Office on leave from May 22 to 27, 2024, that was scheduled before the government requested the initial adjournment on March 8, 2024, and is why the parties did not propose May 24 in their initial request. The parties have conferred about their availability on succeeding Fridays in accordance with the initial pre-trial conference order. Opposing counsel is available on May 31, 2024, but I am unavailable the morning of May 31, 2024, due to a conference scheduled in another immigration matter at 10:00 am. The parties are also available on June 7, 2024.

One prior adjournment of the conference has been granted to the government. Dkt. No. 16. I thank the Court for its consideration of this request.

*The conference is rescheduled for May 31 at 3:00 p.m.*

*Denise Cote*
*3/27/24*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/ Leslie A. Ramirez-Fisher
LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-0378
E-mail: leslie.ramirez-fisher@usdoj.gov
*Attorney for Defendants*

cc: Counsel of record (via ECF)